

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  Glevy@glpcfirm.com  (347) 941-4715

March 12, 2025

Hon. Judge Peggy Kuo
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **TRIPPETT v. BOWL 360, INC.**
**DOCKET NO. 1:24-cv-6749**

Dear Judge Kuo:

The undersigned represents Alfred Trippett, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next sixty (60) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties sixty (60) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy